■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE JOHNSON, Appellant. [4 NYS3d 541]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Griffin, J.), rendered October 11, 2012, convicting him of criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his convictions of criminal possession of a weapon in the second degree is only partially preserved for appellate review (*see* CPL 470.05 [2]; *People v Maldonado*, 119 AD3d 610 [2014]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of two counts of criminal possession of a weapon in the second degree beyond a reasonable doubt (*see* Penal Law § 265.03 [1] [b]; [3]; *People v Petitbrun*, 123 AD3d 1057 [2014]; *People v Jones*, 118 AD3d 912 [2014]).

Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's contention that certain comments made by the prosecutor during his summation were improper and deprived him of a fair trial is largely unpreserved for appellate review (*see People v Jorgensen*, 113 AD3d 793 [2014]). In any event, the challenged summation remarks were fair comment on the evidence, constituted a fair response to defense counsel's summation, or otherwise do not warrant a reversal (*see People v Harris*, 117 AD3d 847 [2014]).

The defendant's contention that his right to confrontation was violated (*see Crawford v Washington*, 541 US 36 [2004]) is unpreserved for appellate review and, in any event, without merit (*see People v Tucker*, 117 AD3d 1090 [2014]; *People v Fucito*, 108 AD3d 777 [2013]).

The defendant's remaining contentions are without merit. Eng, P.J., Leventhal, Hall and Maltese, JJ., concur.